UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61006-CIV-DIMITROULEAS

IN RE: REAL ESTATE OF KEVIN KOHLER,

MARGARET STRUMSKI, Individually and
MARGARET STRUMSKI, as Personal
Representation of the Estate of Kevin
Kohler,

    Plaintiffs,

vs.

JOHN R. KOHLER, GRACE KOHLER, and
TIAA-CREF, et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

This Court's Order of May 29, 2012 [DE 4] directed the parties to confer and submit a Joint Scheduling Report and Joint Proposed Scheduling Order within thirty-five (35) calendar days of the first responsive pleading by the last responding defendant. Additionally, on August 20, 2012, the Court ordered that, "[p]ursuant to the Court's May 29, 2012 Order [DE 4], Plaintiff Strumski and the Kohler Defendants shall file their joint scheduling report on or before August 31, 2012." See [DE 38] at p. 5. As of the date of the entry of this Order, no Joint Scheduling Report has been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause why this case should not be dismissed for failure to follow this Court's Order, and shall further file a

status report by September 11, 2012 as to the status of this case.  Failure to timely file a status report as ordered may result in dismissal of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of September, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record