UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61006-CIV-DIMITROULEAS

IN RE: REAL ESTATE OF KEVIN KOHLER,

MARGARET STRUMSKI, Individually and
MARGARET STRUMSKI, as Personal
Representation of the Estate of Kevin
Kohler,

       Plaintiffs,

vs.

JOHN R. KOHLER, GRACE KOHLER, and
TIAA-CREF, et al.,

       Defendants.

_____/

## <u>ORDER TO SHOW CAUSE</u>

THIS CAUSE is before the Court *sua sponte*.

On March 1, 2013, the parties filed a Notice of Settlement.  The Notice advised the Court that the parties settled all claims in this matter. The parties stated that they were writing a Stipulation of Settlement to mirror the terms of their agreement, and upon execution by the parties, they would file same.  On March 4, 2013, the Court entered an Order on Notice of Settlement [DE 61], ordering the following: (1) The parties shall file a Joint Stipulation of Dismissal on or before March 11, 2013; and (2) in light of the Notice of Settlement, the deadline to file a pretrial stipulation is extended to March 15, 2013.

The March 11, 2013 deadline has passed, and the parties have failed to file a Joint Stipulation of Dismissal, as ordered.  This case is set for a jury trial commencing April 8, 2013.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1.      On or before March 15, 2013, the parties shall file either (1) a joint stipulation of

dismissal or (2) a joint pretrial stipulation, or they shall show cause why they

failed to do so.

        **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

12th day of March, 2013.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies to:
Counsel of record